## SCHEDULE A

| FIRST NAME | LAST NAME |
|---|---|
| Talib | Abdul-Zaboor |
| Temia | Billups |
| Nafis | Brown |
| Tyree | Burton |
| Armani | Carolina |
| Melinda | Clark |
| Tanya | Dantzler |
| Aestair | Daniels |
| Ketera | Fullen |
| Wanda | Glover |
| Maria | Graham |
| Wendell | Hicks |
| Enijah | Howard |
| Tahir | Ingram |
| Terrell | Johns |
| Everly | Mancuso |
| Michelle | Martung |
| D'Juan | Mashore |
| Emmanuel | Murray |
| Bernadette | Perry |
| Joshua | Reed |
| Tiffany | Reed |
| Richard | Rosario |
| Donna | Saunders |
| Tanisha | Scott |
| Tacora | Seabrook |
| Kelly | Sechrist |
| Stacey | Stayman |
| Tamara | Stukes |
| Kaija | Summers |
| Khady | Sy |
| Joseph | Trotter |
| Iris | Warren |
| Chanta | Weathers |
| Artisher | White |