IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU,<br>ACTING SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>    Plaintiff,<br><br>    v.<br><br>NEIGHBORS QUALITY HOME CARE, LLC.,<br>and MELISSA GRAYSON<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. 2:23-CV-1096<br><br>    JURY TRIAL DEMANDED |

**REQUEST FOR ENTRY OF DEFAULT**

**TO THE CLERK:**

Plaintiff, Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Plaintiff"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully requests that the Clerk of Court enter default against Neighbors Quality Homecare, LLC and Melissa Grayson (collectively, the "Defendants"). *See* Fed. R. Civ. P. 55(a). Defendants have failed to plead or otherwise defend against the allegations in Plaintiff's Complaint. In support of this request, Plaintiff states as follows:

1. On May 1, 2023, Defendant Melissa Grayson executed a Waiver of Service of the Summons and Complaint on her behalf which the Plaintiff filed with the Court on May 15, 2023. ECF No. 4. On May 16, 2022, Defendant Melissa Grayson executed a Waiver of Service of the Summon and Complaint on behalf of Defendant Neighbors Quality Home Care, LLC in her position as President and CEO. Plaintiff filed the executed waived with the Court that same day. ECF No. 5.

2. Defendants were required to file a pleading in response to the Complaint by May 22, 2023.

3. As of the date of this Request for Entry of Default, Defendants have not filed an answer and/or other responsive pleading.

Based upon the want of answer or other defense by Defendants, Plaintiff respectfully requests that the Clerk of Court enter default against Defendants Neighbors Quality Home Care, LLC and Melissa Grayson.

Respectfully submitted,

| | |
|---|---|
| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103 | Seema Nanda<br>Solicitor of Labor<br><br>Oscar L. Hampton III<br>Regional Solicitor |
| (215) 861-4856 (voice)<br>(215) 861-5162 (fax)<br>Stelmack.kyle.d@dol.gov | Adam Welsh<br>Wage & Hour Regional Counsel |
| Date: July 19, 2023 | */s/* Kyle D. Stelmack<br>By: Kyle D. Stelmack<br>Trial Attorney<br>PA ID # 322944<br><br>Attorneys for Plaintiff |