IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE A. SU, ACTING SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> NEIGHBORS QUALITY HOME CARE, LLC., and MELISSA GRAYSON <br><br> Defendants. | Civil Action No. 2:23-CV-1096 <br><br> JURY TRIAL DEMANDED |

**MOTION FOR DEFAULT JUDGMENT**

Plaintiff Julie A. Su, Acting Secretary of Labor, United States Department of Labor ("Secretary"), hereby moves this Court, pursuant to Federal Rule of Civil Procedure 55(b)(2) for a default judgment in favor of the Secretary against Defendants Neighbors Quality Homecare, LLC ("Neighbors Quality"), and Melissa Grayson (together, "Defendants"). On May 1, 2023, Defendant Melissa Grayson executed a Waiver of Service of the Summons and Complaint on her behalf which the Plaintiff filed with the Court on May 15, 2023. ECF No. 4. On May 16, 2022, Defendant Melissa Grayson executed a Waiver of Service of the Summons and Complaint on behalf of Defendant Neighbors Quality in her capacity as owner and CEO. Plaintiff filed the executed waiver with the Court that same day. ECF No. 5. Defendants failed to plead or otherwise defend this action. The Clerk entered default against Defendants on July 21, 2023. ECF No. 7.

The Secretary moves the Court to enter a default judgment against Defendants pursuant to Sections 16(c) and 17 of the Fair Labor Standards Act of 1938, 29 U.S.C. §216 and 217, ordering the following:

1)      that Defendants are enjoined and restrained from withholding gross back wages in the amount of $82,149.53 from Defendants' current and former employees listed in the Schedule A attached to the Secretary's Complaint (ECF No. 1) and more specifically set forth in Exhibit A, for the period from March 14, 2022 to November 20, 2022;

2)      that Defendants are liable for an equal amount of $82,149.53 in liquidated damages; and,

3)      that Defendants are enjoined from violating Sections 7, 11(c), and 15(a)(2) of the Act in the future.

In support of this Motion, the Secretary attaches the following supporting documents: (1) Memorandum of Law in Support of the Motion for Default; and (2) the Declaration of Rowena Luk, Wage and Hour Division Investigator, Department of Labor ("Luk Decl."), as Exhibit A (and all attachments thereto, including Defendants' payroll and time records, and the Secretary's back wage computations, attached as Exhibits 1-3, respectively).

WHEREFORE, the Secretary respectfully requests that her Motion be GRANTED.

Respectfully submitted,

| | |
|---|---|
| Mailing Address: | **UNITED STATES DEPARTMENT OF LABOR** |
| U.S. Department of Labor<br>Office of the Regional Solicitor<br>1835 Market Street<br>Mailstop SOL/22<br>Philadelphia, PA 19103 | Seema Nanda<br>Solicitor of Labor<br><br>Oscar L. Hampton III<br>Regional Solicitor |
| (215) 861-4856 (voice)<br>(215) 861-5162 (fax)<br>Stelmack.kyle.d@dol.gov | Adam Welsh<br>Wage & Hour Regional Counsel<br><br>*/s/* Kyle D. Stelmack |
| Date: August 22, 2023 | By: Kyle D. Stelmack<br>PA ID # 322944<br><br>Attorneys for Plaintiff |