# **EXHIBIT A**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JULIE A. SU, ) | |
| ACTING SECRETARY OF LABOR, ) | |
| UNITED STATES DEPARTMENT OF LABOR, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
|    v. ) | Civil Action No. 2:23-CV-1096 |
| ) | |
| NEIGHBORS QUALITY HOME CARE, LLC., ) | JURY TRIAL DEMANDED |
| and MELISSA GRAYSON ) | |
| ) | |
|    Defendants. ) | |
| ) | |

**DECLARATION OF ROWENA LUK**

Pursuant to 28 U.S.C. §1746, I, Rowena Luk, declare as follows:

1.      I am an investigator for the United States Department of Labor, Wage and Hour Division ("Wage and Hour"), in Philadelphia, Pennsylvania.  As part of my official duties, I conduct investigations of employers to determine whether they are complying with the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §201, *et seq.* ("FLSA').

2.      I have worked on the investigation of Defendants Neighbors Quality Home Care, LLC ("Neighbors Quality") and Melissa Grayson (together, "Defendants"), that led to the litigation in this case.  I began this investigation in March 2022.

3.      As part of the investigation, I reviewed Defendants' payroll and time records, HHA Exchange records, and conducted management and employee interviews.

4.      Although Neighbors Quality has not filed a corporate tax return since 2020, information and documents provided during the investigation show that Neighbors Quality's gross receipts for from business exceeded $500,000 for the year 2022.

5.      I also reviewed Defendants' payroll reports and time records from March 14, 2022 through the work weekend ending November 20, 2022.  The time and payroll records show that since at least March 2022, Defendants did not pay their home health aides ("HHAs") one-and-one-half times their regular rate for hours worked in excess of forty hours in a workweek in the vast majority of workweeks.  Instead, since at least March 2022, Defendants paid home care workers straight time for overtime hours worked and continued to do this through at least September 4, 2022.  (see Ex. 1, sample time and pay records for home health aides[1]).

6.      I also reviewed Defendants' time records, also known as the HHA Exchange, and compared these to Defendants' payroll reports.  The HHA Exchange is where HHAs would record all the hours which they worked with a particular client.  Comparing these records show that HHAs were not being paid for all the overtime hours which they worked in a given workweek.  Rather, since at least August 2022, Defendants' paid HHAs for fewer overtime hours than were recorded in the HHA Exchange and continued to do this through at least November 20, 2022.  (See Ex. 1).

7.      The records indicated that from March 14, 2022, through November 20, 2022, these employees worked an average of approximately 67 hours per workweek.

**Interviews of Employees**

8.      During the investigative period, I met or spoke with approximately sixteen (16) former and current Neighbors Quality employees, including individuals employed by Defendants as HHAs.

---

[1] Exhibit 1 includes the payroll records and portions of the HHA Exchange entries for HHA Talib Abdul-Zaboor for the period of June 1, 2022 through November 20, 2022.  Mr. Abdul-Zaboor was impacted by both of the alleged violations of the FLSA.

9.      HHA employees told me that they would regularly work over 40 hours a workweek but were unsure how they were being paid because they never received paystubs. These employees believed that they were not being paid the correct overtime rate or for all of the hours which they worked.

10.      During the investigation, Defendant Melissa Grayson and other administrators, stated that employees were being paid a "negotiated rate" based upon the number of hours which they worked.  Defendant Melissa Grayson was unable to differentiate this "negotiated rate" from a flat rate for all hours worked and admitted that she knew that employees were to be paid time-and-one-half of their regular rate for all hours worked over forty per work week.

**Defendants' Recordkeeping**

11.      During the investigation, I requested payroll, time records, and other records from Defendants.

12.      Based on Defendants' payroll records, because Defendants paid certain employees straight time for overtime, the payroll records did not include accurate overtime rates and premium pay due for hours worked over 40 in a workweek.  Instead, records reflect only straight time for all hours worked – that is, employees' regular hourly rate for all hours worked.

13.      Defendants' production also revealed that they failed to make, keep, and preserve records which accurately contained the hours worked by employees in all work weeks. Comparison of the payroll records with the HHA Exchange records, where all hours worked were recorded, revealed that employees were not being paid for all hours worked in a work week and instead were being paid for less hours than were reflected in the HHA exchange.

**Overtime Violations and Back Wages**

14.     Based on Defendants' statements, witness interview statements, and the Defendants' records, the investigation revealed that Defendants paid HHAs straight time for all hours worked, including hours over 40 in a workweek.

15.     Defendants' time and pay records show that home care workers consistently worked over forty hours in a workweek.

16.     Based on the time and payroll records, Neighbors Quality paid HHAs on an hourly basis, as their pay fluctuated based on number of hours in a workweek.  *See* Ex. 1

17.     Based on Defendants' statements, witness interview statements, and the Defendants' records, the investigation also revealed that Defendants paid HHAs for less hours than was reflected on the HHA Exchange.

18.     Because Defendants' time and payroll records demonstrate that employees were paid only straight time for overtime from at least March 14, 2022, to at least September 4, 2022, I was able to use Defendant's records to calculate back wages due.  To compute back wages in weeks where employees were paid only straight time for overtime, the total weekly earnings, was divided by the total weekly hours to determine he regular hourly rate of pay.  I used the following formula for the calculations of overtime due to Defendants' employees:

*Number of overtime ("OT") hours worked X (.5 of the regular hourly rate)*

19.     In some instances, the Defendants used an overtime rate that was higher than the regular hourly rate but did not meet the rate of the half-time premium.  In such workweeks, I used the following formula to determine overtime due to Defendants' employees:

*Number of overtime ("OT") hours worked X (regular hourly rate x 1.5 – the OT rate on payroll)*

20.    To compute back wages for the weeks where employees were not paid for all of their overtime hours worked, I compared the number of hours actually paid with the number of hours worked.  Where the number of hours worked was greater than the number actually paid, I multiplied the difference by the correct overtime premium using the following formula:

***(Number of Hours Worked – Number of Hours Paid) X 1.5 Hourly Rate***

21.    I then totaled overtime due for all workweeks in which an employee worked overtime based on Defendants' HHA Exchange records to calculate the total back wages due for that employee.

**<u>Total Back Wage Calculation</u>**

22.    Based upon the above review and calculation, $82,149.53 in back wages are owed to thirty-six (36) former and/or current employees of Defendants.  Ex. 2 (Back Wage Calculations)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   August 22, 2023

Rowena Luk, Wage & Hour Investigator

# **<u>EXHIBIT 1</u>**

EXHIBIT 1

```
06/09/2022  16:15  TP45/HHANSON                    Neighbors Quality Home Care                                           Page    1
NEQUAL                                       Check Register for Period Start - End Date: 05/30/2022 - 06/05/2022
                                     Sorted by: Department ID, Employee, Check Date and Check No. for 06/10/2022-06/10/2022
```

| Employee ID SSN Name | Check Date & Number | Gross Pay Net Pay | Type | No | Description | Hours | Salary/ Wages/ Amount | Withholdings Description | Amount | Deductions # Description | Amount | Dir Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 ###-##-#### Abdul-Zaboor, Talib | 06/10/2022 50803 | 1092.00 831.18 | Reg Ovt | | Regular Overtime | 40.000 44.000 | 520.00 572.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 101.16 83.55 33.52 0.66 41.93 | | | N |
| 137 ###-##-#### Bernheimer, Wendy | 06/10/2022 50798 | 431.15 362.16 | Reg OTP | 02 | Regular Bonus | 33.000 0.000 | 381.15 50.00 | Federal FICA State PA PASO01 State Other PA23T1 TINICUM TWP/NONRES TINICUM NRE | 18.21 32.98 13.24 0.25 4.31 | | | Y |
| 14 ###-##-#### Bones, Karen | 06/10/2022 50801 | 614.24 490.38 | Reg Ovt OTP | 02 | Regular Overtime Bonus | 40.000 8.000 0.000 | 434.00 130.24 50.00 | Federal FICA State PA PASO01 State Other PA23T1 TINICUM TWP/NONRES TINICUM NRE | 38.59 46.17 18.53 0.37 7.54 | 01 PIA IAC Post 13 PIA IAC PRE | 1.98 10.68 | Y |
| 16 ###-##-#### Brison, Carla | 06/10/2022 50807 | 610.00 533.02 | Reg OTP | 02 | Regular Bonus | 40.000 0.000 | 560.00 50.00 | Federal FICA State PA PASO01 State Other DESWNR DE SWH/ PA23T1 TINICUM TWP/NONRES TINICUM NRE | 0.90 46.66 18.73 0.37 4.22 6.10 | | | Y |
| 119 ###-##-#### Brown, Cherita | 06/10/2022 50788 | 1820.00 1331.06 | Reg Ovt | | Regular Overtime | 40.000 100.000 | 520.00 1300.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 222.86 139.23 55.87 1.10 69.88 | | | Y |
| 102 ###-##-#### Brown, Nafis | 06/10/2022 50779 | 2792.00 1892.04 | Reg Ovt | | Regular Overtime | 40.000 144.000 | 416.00 2376.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 491.76 213.60 85.71 1.68 107.21 | | | Y |
| 18 ###-##-#### Brown-Griffin, Donte | 06/10/2022 50808 | 442.75 358.66 | Reg | | Regular | 38.500 | 442.75 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 19.37 33.87 13.59 0.26 17.00 | | | Y |

```
06/23/2022  14:25  TP31/HHANSON                          Neighbors Quality Home Care                                              Page    1
NEQUAL                                          Check Register for Period Start - End Date: 06/13/2022 - 06/19/2022
                                         Sorted by: Department ID, Employee, Check Date and Check No. for 06/24/2022-06/24/2022
```

| Employee ID<br>SSN<br>Name | Check<br>Date &<br>Number | Gross Pay<br>Net Pay | Type | No | Description | Hours | Salary/<br>Wages/<br>Amount | Withholdings<br>Description | Amount | Deductions<br># Description | Amount | Dir<br>Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 06/24/2022<br>50911 | 1092.00<br>831.18 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>44.000 | 520.00<br>572.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 101.16<br>83.55<br>33.52<br>0.66<br>41.93 | | | Y |
| 137<br>###-##-####<br>Bernheimer, Wendy | 06/24/2022<br>50906 | 184.80<br>163.02 | Reg | | Regular | 16.000 | 184.80 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PA23T1 TINICUM TWP/NONRES TINICUM NRE | 0.00<br>14.14<br>5.67<br>0.12<br>1.85 | | | Y |
| 109<br>###-##-####<br>Billups, Temia D | 06/24/2022<br>50890 | 637.00<br>539.72 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>9.000 | 520.00<br>117.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 4.14<br>48.73<br>19.56<br>0.39<br>24.46 | | | Y |
| 14<br>###-##-####<br>Bones, Karen | 06/24/2022<br>50909 | 564.24<br>452.39 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>8.000 | 434.00<br>130.24 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PA23T1 TINICUM TWP/NONRES TINICUM NRE | 32.59<br>42.35<br>16.99<br>0.34<br>6.92 | 01 PIA IAC Post<br>13 PIA IAC PRE | 1.98<br>10.68 | Y |
| 16<br>###-##-####<br>Brison, Carla | 06/24/2022<br>50915 | 560.00<br>491.04 | Reg | | Regular | 40.000 | 560.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>DESWNR DE SWH/<br>PA23T1 TINICUM TWP/NONRES TINICUM NRE | 0.00<br>42.84<br>17.19<br>0.34<br>2.99<br>5.60 | | | Y |
| 119<br>###-##-####<br>Brown, Cherita | 06/24/2022<br>50896 | 2392.00<br>1685.00 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>144.000 | 520.00<br>1872.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 357.30<br>182.99<br>73.43<br>1.43<br>91.85 | | | Y |
| 102<br>###-##-####<br>Brown, Nafis | 06/24/2022<br>50886 | 2792.00<br>1892.06 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>144.000 | 416.00<br>2376.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 491.76<br>213.58<br>85.71<br>1.68<br>107.21 | | | Y |

```
06/30/2022  13:25  TP45/HHANSON                        Neighbors Quality Home Care                                              Page    1
NEQUAL                                       Check Register for Period Start - End Date: 06/20/2022 - 06/26/2022
                                    Sorted by: Department ID, Employee, Check Date and Check No. for 07/01/2022-07/01/2022
```

| Employee ID<br>SSN<br>Name | Check<br>Date &<br>Number | Gross Pay<br>Net Pay | Type | No | Description | Hours | Salary/<br>Wages/<br>Amount | Withholdings Description | Amount | Deductions<br># Description | Amount | Dir<br>Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 07/01/2022<br>50962 | 1092.00<br>831.75 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>44.000 | 520.00<br>572.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 101.16<br>83.53<br>33.52<br>0.65<br>41.39 | | | Y |
| 109<br>###-##-####<br>Billups, Temia D | 07/01/2022<br>50942 | 637.00<br>540.05 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>9.000 | 520.00<br>117.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 4.14<br>48.73<br>19.56<br>0.38<br>24.14 | | | Y |
| 14<br>###-##-####<br>Bones, Karen | 07/01/2022<br>50960 | 564.24<br>452.39 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>8.000 | 434.00<br>130.24 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PA23T1 TINICUM TWP/NONRES TINICUM NRE | 32.59<br>42.35<br>16.99<br>0.34<br>6.92 | 01 PIA IAC Post<br>13 PIA IAC PRE | 1.98<br>10.68 | Y |
| 16<br>###-##-####<br>Brison, Carla | 07/01/2022<br>50968 | 560.00<br>491.05 | Reg | | Regular | 40.000 | 560.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>DESWNR DE SWH/<br>PA23T1 TINICUM TWP/NONRES TINICUM NRE | 0.00<br>42.84<br>17.19<br>0.33<br>2.99<br>5.60 | | | Y |
| 119<br>###-##-####<br>Brown, Cherita | 07/01/2022<br>50948 | 2392.00<br>1686.19 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>144.000 | 520.00<br>1872.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 357.30<br>182.98<br>73.43<br>1.44<br>90.66 | | | Y |
| 102<br>###-##-####<br>Brown, Nafis | 07/01/2022<br>50938 | 2792.00<br>1893.43 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>144.000 | 416.00<br>2376.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 491.76<br>213.60<br>85.71<br>1.68<br>105.82 | | | Y |
| 18<br>###-##-####<br>Brown-Griffin, Donte | 07/01/2022<br>50969 | 86.25<br>73.69 | Reg | | Regular | 7.500 | 86.25 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 0.00<br>6.59<br>2.65<br>0.05<br>3.27 | | | Y |

```
07/14/2022  10:19  TP45/HHANSON                           Neighbors Quality Home Care                                          Page    1
NEQUAL                                          Check Register for Period Start - End Date: 07/04/2022 - 07/10/2022
                                   Sorted by: Department ID, Employee, Check Date and Check No. for 07/15/2022-07/15/2022

Employee ID   Check
SSN           Date &      Gross Pay                                            Salary/
Name          Number      Net Pay    Type No Description     Hours  Wages/  |----------Withholdings----------|  |----- Deductions -----| Dir
                                                                    Amount  Description              Amount   # Description    Amount Dep
-----------------------------------------------------------------------------------------------------------------------------------------
142           07/15/2022   1092.00   Reg   Regular          40.000  520.00  Federal                  101.16                                Y
###-##-####   51060         831.73   Ovt   Overtime         44.000  572.00  FICA                      83.55
Abdul-Zaboor, Talib                                                         State PA                  33.52
                                                                            PASO01 State Other         0.65
                                                                            PAPHLW Philadelphia/RES PHILA-RES 41.39

136           07/15/2022    704.00   Reg   Regular          40.000  440.00  Federal                   50.64                                N
###-##-####   51055         550.79   Ovt   Overtime         16.000  264.00  FICA                      53.86
Bacon, Keisha                                                               State PA                  21.61
                                                                            PASO01 State Other         0.42
                                                                            PAPHLW Philadelphia/RES PHILA-RES 26.68

14            07/15/2022    564.24   Reg   Regular          40.000  434.00  Federal                   32.59   01 PIA IAC Post   1.98    Y
###-##-####   51058         452.40   Ovt   Overtime          8.000  130.24  FICA                      42.35   13 PIA IAC PRE   10.68
Bones, Karen                                                                State PA                  16.99
                                                                            PASO01 State Other         0.33
                                                                            PA23T1 TINICUM TWP/NONRES TINICUM NRE 6.92

16            07/15/2022    560.00   Reg   Regular          40.000  560.00  Federal                    0.00                                Y
###-##-####   51067         491.04                                          FICA                      42.84
Brison, Carla                                                               State PA                  17.19
                                                                            PASO01 State Other         0.34
                                                                            DESWNR DE SWH/             2.99
                                                                            PA23T1 TINICUM TWP/NONRES TINICUM NRE 5.60

119           07/15/2022   2392.00   Reg   Regular          40.000  520.00  Federal                  357.30                                Y
###-##-####   51045        1686.19   Ovt   Overtime        144.000 1872.00  FICA                     182.98
Brown, Cherita                                                              State PA                  73.43
                                                                            PASO01 State Other         1.44
                                                                            PAPHLW Philadelphia/RES PHILA-RES 90.66

102           07/15/2022   2792.00   Reg   Regular          40.000  416.00  Federal                  491.76                                Y
###-##-####   51037        1893.43   Ovt   Overtime        144.000 2376.00  FICA                     213.60
Brown, Nafis                                                                State PA                  85.71
                                                                            PASO01 State Other         1.68
                                                                            PAPHLW Philadelphia/RES PHILA-RES 105.82

18            07/15/2022    454.25   Reg   Regular          39.500  454.25  Federal                   20.67                                Y
###-##-####   51068         367.38                                          FICA                      34.75
Brown-Griffin, Donte                                                        State PA                  13.95
                                                                            PASO01 State Other         0.28
                                                                            PAPHLW Philadelphia/RES PHILA-RES 17.22
```

**EXHIBIT 1**

| Employee ID SSN Name | Check Date & Number | Gross Pay Net Pay | Type | No | Description | Hours | Salary/ Wages/ Amount | Withholdings Description | Amount | Deductions # Description | Amount | Dir Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 ###-##-#### Abdul-Zaboor, Talib | 07/22/2022 51110 | 1092.00 831.74 | Reg Ovt | | Regular Overtime | 40.000 44.000 | 520.00 572.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 101.16 83.53 33.52 0.66 41.39 | | | Y |
| 136 ###-##-#### Bacon, Keisha | 07/22/2022 51105 | 704.00 550.79 | Reg Ovt | | Regular Overtime | 40.000 16.000 | 440.00 264.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 50.64 53.86 21.61 0.42 26.68 | | | N |
| 109 ###-##-#### Billups, Temia D | 07/22/2022 51089 | 637.00 540.05 | Reg Ovt | | Regular Overtime | 40.000 9.000 | 520.00 117.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 4.14 48.73 19.56 0.38 24.14 | | | Y |
| 14 ###-##-#### Bones, Karen | 07/22/2022 51108 | 564.24 452.40 | Reg Ovt | | Regular Overtime | 40.000 8.000 | 434.00 130.24 | Federal FICA State PA PASO01 State Other PA23T1 TINICUM TWP/NONRES TINICUM NRE | 32.59 42.34 16.99 0.34 6.92 | 01 PIA IAC Post 13 PIA IAC PRE | 1.98 10.68 | Y |
| 16 ###-##-#### Brison, Carla | 07/22/2022 51118 | 560.00 491.05 | Reg | | Regular | 40.000 | 560.00 | Federal FICA State PA PASO01 State Other DESWNR DE SWH/ PA23T1 TINICUM TWP/NONRES TINICUM NRE | 0.00 42.84 17.19 0.33 2.99 5.60 | | | Y |
| 119 ###-##-#### Brown, Cherita | 07/22/2022 51095 | 2392.00 1686.19 | Reg Ovt | | Regular Overtime | 40.000 144.000 | 520.00 1872.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 357.30 182.99 73.43 1.43 90.66 | | | Y |
| 102 ###-##-#### Brown, Nafis | 07/22/2022 51086 | 2792.00 1893.46 | Reg Ovt | | Regular Overtime | 40.000 144.000 | 416.00 2376.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 491.76 213.58 85.71 1.67 105.82 | | | Y |

EXHIBIT 1

```
07/28/2022  11:48  TP45/HHANSON                        Neighbors Quality Home Care                                              Page    1
NEQUAL                                    Check Register for Period Start - End Date: 07/18/2022 - 07/24/2022
                                  Sorted by: Department ID, Employee, Check Date and Check No. for 07/29/2022-07/29/2022
```

| Employee ID SSN Name | Check Date & Number | Gross Pay Net Pay | Type | No | Description | Hours | Salary/ Wages/ Amount | Description Withholdings | Amount | # Description Deductions | Amount | Dir Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 ###-##-#### Abdul-Zaboor, Talib | 07/29/2022 51161 | 1092.00 831.73 | Reg Ovt | | Regular Overtime | 40.000 44.000 | 520.00 572.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 101.16 83.55 33.52 0.65 41.39 | | | Y |
| 136 ###-##-#### Bacon, Keisha | 07/29/2022 51156 | 836.00 647.72 | Reg Ovt | | Regular Overtime | 40.000 24.000 | 440.00 396.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 66.48 63.95 25.67 0.50 31.68 | | | N |
| 109 ###-##-#### Billups, Temia D | 07/29/2022 51140 | 637.00 540.04 | Reg Ovt | | Regular Overtime | 40.000 9.000 | 520.00 117.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 4.14 48.74 19.56 0.38 24.14 | | | Y |
| 14 ###-##-#### Bones, Karen | 07/29/2022 51159 | 564.24 452.39 | Reg Ovt | | Regular Overtime | 40.000 8.000 | 434.00 130.24 | Federal FICA State PA PASO01 State Other PA23T1 TINICUM TWP/NONRES TINICUM NRE | 32.59 42.35 16.99 0.34 6.92 | 01 PIA IAC Post 13 PIA IAC PRE | 1.98 10.68 | Y |
| 16 ###-##-#### Brison, Carla | 07/29/2022 51171 | 560.00 491.04 | Reg | | Regular | 40.000 | 560.00 | Federal FICA State PA PASO01 State Other DESWNR DE SWH/ PA23T1 TINICUM TWP/NONRES TINICUM NRE | 0.00 42.84 17.19 0.34 2.99 5.60 | | | Y |
| 119 ###-##-#### Brown, Cherita | 07/29/2022 51146 | 2392.00 1686.18 | Reg Ovt | | Regular Overtime | 40.000 144.000 | 520.00 1872.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 357.30 182.99 73.43 1.44 90.66 | | | Y |
| 102 ###-##-#### Brown, Nafis | 07/29/2022 51137 | 2792.00 1893.45 | Reg Ovt | | Regular Overtime | 40.000 144.000 | 416.00 2376.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 491.76 213.58 85.71 1.68 105.82 | | | Y |

```
08/04/2022  12:13  TP50/ATHOMPSON                        Neighbors Quality Home Care                                    Page     1
NEQUAL                                       Check Register for Period Start - End Date: 07/25/2022 - 07/31/2022
                                    Sorted by: Department ID, Employee, Check Date and Check No. for 08/05/2022-08/05/2022
```

| Employee ID SSN Name | Check Date & Number | Gross Pay Net Pay | Type | No | Description | Hours | Salary/ Wages/ Amount | Withholdings Description | Amount | Deductions # Description | Amount | Dir Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 ###-##-#### Abdul-Zaboor, Talib | 08/05/2022 51213 | 1092.00 831.74 | Reg Ovt | | Regular Overtime | 40.000 44.000 | 520.00 572.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 101.16 83.53 33.52 0.66 41.39 | | | N |
| 136 ###-##-#### Bacon, Keisha | 08/05/2022 51209 | 704.00 550.79 | Reg Ovt | | Regular Overtime | 40.000 16.000 | 440.00 264.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 50.64 53.86 21.61 0.42 26.68 | | | N |
| 109 ###-##-#### Billups, Temia D | 08/05/2022 51193 | 637.00 540.05 | Reg Ovt | | Regular Overtime | 40.000 9.000 | 520.00 117.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 4.14 48.72 19.56 0.39 24.14 | | | Y |
| 14 ###-##-#### Bones, Karen | 08/05/2022 51212 | 298.38 247.23 | Reg | | Regular | 27.500 | 298.38 | Federal FICA State PA PASO01 State Other PA23T1 TINICUM TWP/NONRES TINICUM NRE | 3.87 22.01 8.83 0.18 3.60 | 01 PIA IAC Post 13 PIA IAC PRE | 1.98 10.68 | Y |
| 16 ###-##-#### Brison, Carla | 08/05/2022 51223 | 560.00 491.05 | Reg | | Regular | 40.000 | 560.00 | Federal FICA State PA PASO01 State Other DESWNR DE SWH/ PA23T1 TINICUM TWP/NONRES TINICUM NRE | 0.00 42.84 17.19 0.33 2.99 5.60 | | | Y |
| 119 ###-##-#### Brown, Cherita | 08/05/2022 51199 | 2392.00 1686.20 | Reg Ovt | | Regular Overtime | 40.000 144.000 | 520.00 1872.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 357.30 182.98 73.43 1.43 90.66 | | | Y |
| 102 ###-##-#### Brown, Nafis | 08/05/2022 51190 | 2792.00 1893.44 | Reg Ovt | | Regular Overtime | 40.000 144.000 | 416.00 2376.00 | Federal FICA State PA PASO01 State Other PAPHLW Philadelphia/RES PHILA-RES | 491.76 213.60 85.71 1.67 105.82 | | | Y |

EXHIBIT 1

| Employee ID<br>SSN<br>Name | Check<br>Date &<br>Number | Gross Pay<br>Net Pay | Type | No | Description | Hours | Salary/<br>Wages/<br>Amount | Withholdings<br>Description | Amount | Deductions<br># Description | Amount | Dir<br>Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14<br>###-##-####<br>Bones, Karen | 11/18/2022<br>51948 | 694.48<br>551.33 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>16.000 | 434.00<br>260.48 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PA23T1 TINICUM TWP/NONRES TINICUM NRE | 48.22<br>52.31<br>20.99<br>0.42<br>8.55 | 01 PIA IAC Post<br>13 PIA IAC PRE | 1.98<br>10.68 | Y |
| 14<br>###-##-####<br>Bones, Karen | 11/18/2022<br>51948 | 694.48-<br>551.33- | Reg<br>Ovt | | Regular<br>Overtime | 40.000-<br>16.000- | 434.00-<br>260.48- | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PA23T1 TINICUM TWP/NONRES TINICUM NR | 48.22-<br>52.31-<br>20.99-<br>0.42-<br>8.55- | 01 PIA IAC Post<br>13 PIA IAC PRE | 1.98-<br>10.68- | Y |
| 14<br>###-##-####<br>Bones, Karen | 11/18/2022<br>51996 | 694.48<br>551.33 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>16.000 | 434.00<br>260.48 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PA23T1 TINICUM TWP/NONRES TINICUM NRE | 48.22<br>52.31<br>20.99<br>0.42<br>8.55 | 01 PIA IAC Post<br>13 PIA IAC PRE | 1.98<br>10.68 | N |
| 14<br>###-##-####<br>Bones, Karen | 11/25/2022<br>52043 | 694.40<br>551.26 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>16.000 | 434.00<br>260.40 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PA23T1 TINICUM TWP/NONRES TINICUM NRE | 48.21<br>52.31<br>20.99<br>0.42<br>8.55 | 01 PIA IAC Post<br>13 PIA IAC PRE | 1.98<br>10.68 | N |
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 08/26/2022<br>51366 | 1092.00<br>831.74 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>44.000 | 520.00<br>572.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 101.16<br>83.53<br>33.52<br>0.66<br>41.39 | | | N |
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 09/09/2022<br>51464 | 1105.00<br>839.99 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>30.000 | 520.00<br>585.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 104.02<br>84.53<br>33.92<br>0.66<br>41.88 | | | Y |
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 09/16/2022<br>51513 | 1105.00<br>839.98 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>30.000 | 520.00<br>585.00 | Federal<br>FICA<br>State PA<br>PASO01 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 104.02<br>84.54<br>33.92<br>0.66<br>41.88 | | | Y |

EXHIBIT 1

```
11/23/2022  10:19  TP45/HHANSON                    Neighbors Quality Home Care                                          Page    55
NEQUAL                              Check Register for Period Start - End Date: 08/29/2022 - 09/04/2022
                                         Sorted by: Employee ID for 08/22/2022-11/25/2022
```

| Employee ID<br>SSN<br>Name | Check<br>Date &<br>Number | Gross Pay<br>Net Pay | Type | No | Description | Hours | Salary/<br>Wages/<br>Amount | Withholdings<br>Description | Amount | Deductions<br># Description | Amount | Dir<br>Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 09/23/2022<br>51562 | 1105.00<br>839.99 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>30.000 | 520.00<br>585.00 | Federal<br>FICA<br>State PA<br>PAS001 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 104.02<br>84.53<br>33.92<br>0.66<br>41.88 | | | Y |
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 09/30/2022<br>51611 | 1105.00<br>839.98 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>30.000 | 520.00<br>585.00 | Federal<br>FICA<br>State PA<br>PAS001 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 104.02<br>84.53<br>33.92<br>0.67<br>41.88 | | | Y |
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 10/07/2022<br>51661 | 1105.00<br>839.99 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>30.000 | 520.00<br>585.00 | Federal<br>FICA<br>State PA<br>PAS001 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 104.02<br>84.53<br>33.92<br>0.66<br>41.88 | | | Y |
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 10/14/2022<br>51711 | 1105.00<br>839.98 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>30.000 | 520.00<br>585.00 | Federal<br>FICA<br>State PA<br>PAS001 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 104.02<br>84.54<br>33.92<br>0.66<br>41.88 | | | Y |
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 10/21/2022<br>51761 | 1105.00<br>839.98 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>30.000 | 520.00<br>585.00 | Federal<br>FICA<br>State PA<br>PAS001 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 104.02<br>84.53<br>33.92<br>0.67<br>41.88 | | | Y |
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 10/28/2022<br>51808 | 1105.00<br>839.99 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>30.000 | 520.00<br>585.00 | Federal<br>FICA<br>State PA<br>PAS001 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 104.02<br>84.53<br>33.92<br>0.66<br>41.88 | | | Y |
| 142<br>###-##-####<br>Abdul-Zaboor, Talib | 11/04/2022<br>51856 | 1105.00<br>839.99 | Reg<br>Ovt | | Regular<br>Overtime | 40.000<br>30.000 | 520.00<br>585.00 | Federal<br>FICA<br>State PA<br>PAS001 State Other<br>PAPHLW Philadelphia/RES PHILA-RES | 104.02<br>84.53<br>33.92<br>0.66<br>41.88 | | | Y |

EXHIBIT 1

```
11/23/2022  10:19  TP45/HHANSON                        Neighbors Quality Home Care                                              Page   56
NEQUAL                                    Check Register for Period Start - End Date: 08/29/2022 - 09/04/2022
                                                  Sorted by: Employee ID for 08/22/2022-11/25/2022
```

| Employee ID SSN Name | Check Date & Number | Gross Pay Net Pay | Type | No | Description | Hours | Salary/ Wages/ Amount | Withholdings Description | Amount | Deductions # Description | Amount | Dir Dep |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 ###-##-#### Abdul-Zaboor, Talib | 11/04/2022 51856 | 1105.00- 839.99- | Reg Ovt | | Regular Overtime | 40.000- 30.000- | 520.00- 585.00- | Federal FICA State PA PAS001 State Other PAPHLW Philadelphia/RES PHILA-RES | 104.02- 84.53- 33.92- 0.66- 41.88- | | | Y |
| 142 ###-##-#### Abdul-Zaboor, Talib | 11/14/2022 51903 | 1105.00 839.99 | Reg Ovt | | Regular Overtime | 40.000 30.000 | 520.00 585.00 | Federal FICA State PA PAS001 State Other PAPHLW Philadelphia/RES PHILA-RES | 104.02 84.53 33.92 0.66 41.88 | | | Y |
| 142 ###-##-#### Abdul-Zaboor, Talib | 11/18/2022 51949 | 1105.00 839.97 | Reg Ovt | | Regular Overtime | 40.000 30.000 | 520.00 585.00 | Federal FICA State PA PAS001 State Other PAPHLW Philadelphia/RES PHILA-RES | 104.02 84.54 33.92 0.67 41.88 | | | Y |
| 142 ###-##-#### Abdul-Zaboor, Talib | 11/18/2022 51949 | 1105.00- 839.97- | Reg Ovt | | Regular Overtime | 40.000- 30.000- | 520.00- 585.00- | Federal FICA State PA PAS001 State Other PAPHLW Philadelphia/RES PHILA-RES | 104.02- 84.54- 33.92- 0.67- 41.88- | | | Y |
| 142 ###-##-#### Abdul-Zaboor, Talib | 11/18/2022 51997 | 1105.00 839.97 | Reg Ovt | | Regular Overtime | 40.000 30.000 | 520.00 585.00 | Federal FICA State PA PAS001 State Other PAPHLW Philadelphia/RES PHILA-RES | 104.02 84.54 33.92 0.67 41.88 | | | N |
| 142 ###-##-#### Abdul-Zaboor, Talib | 11/25/2022 52044 | 1378.00 1013.15 | Reg Ovt | | Regular Overtime | 40.000 44.000 | 520.00 858.00 | Federal FICA State PA PAS001 State Other PAPHLW Philadelphia/RES PHILA-RES | 164.08 105.42 42.30 0.82 52.23 | | | N |
| 143 ###-##-#### Perry, Bernadette | 08/26/2022 51367 | 1365.00 1004.90 | Reg Ovt | | Regular Overtime | 40.000 65.000 | 520.00 845.00 | Federal FICA State PA PAS001 State Other PAPHLW Philadelphia/RES PHILA-RES | 161.22 104.42 41.91 0.82 51.73 | | | Y |

EXHIBIT 1

| Caregiver (Code) | Visit Date | Scheduled | Visit Time | Duration |
|---|---|---|---|---|
| Abdul-Zaboor Talib (OAY-1155) | 6/1/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/2/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/3/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/4/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/5/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/6/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/7/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/8/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/9/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/10/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/11/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/12/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/13/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/14/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/15/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/16/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/17/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/18/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/19/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/20/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/21/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/22/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/23/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/24/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/25/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/26/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/27/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/28/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/29/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 6/30/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/1/2022 | 0900-2100 | 0900-2100 | 12:00 |

EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| Abdul-Zaboor Talib (OAY-1155) | 7/2/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/3/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/4/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/5/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/6/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/7/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/8/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/9/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/10/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/11/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/12/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/13/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/14/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/15/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/16/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/17/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/18/2022 | 0900-1400 | 0900-1400 | 05:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/19/2022 | 0900-2100 | | |
| Abdul-Zaboor Talib (OAY-1155) | 7/20/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/21/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/22/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/23/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/24/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/25/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/26/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/27/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/28/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/29/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/30/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 7/31/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/1/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/2/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/3/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/4/2022 | 0900-2100 | 0900-2100 | 12:00 |

EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| Abdul-Zaboor Talib (OAY-1155) | 8/5/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/6/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/7/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/8/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/9/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/10/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/11/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/12/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/13/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/14/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/15/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/16/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/17/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/18/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/19/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/20/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/21/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/22/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/23/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/24/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/25/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/26/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/27/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/28/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/29/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/30/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 8/31/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/1/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/2/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/3/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/4/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/5/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/6/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/7/2022 | 0900-2100 | 0900-2100 | 12:00 |

EXHIBIT 1

| Abdul-Zaboor Talib (OAY-1155) | 9/8/2022 | 0900-2100 | 0900-2100 | 12:00 |
|---|---|---|---|---|
| Abdul-Zaboor Talib (OAY-1155) | 9/9/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/10/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/11/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/12/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/13/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/14/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/15/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/16/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/17/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/18/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/19/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/20/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/21/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/22/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/23/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/24/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/25/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/26/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/27/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/28/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/29/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 9/30/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/1/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/2/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/3/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/4/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/5/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/6/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/7/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/8/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/9/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/10/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/11/2022 | 0900-2100 | 0900-2100 | 12:00 |

EXHIBIT 1

| Abdul-Zaboor Talib (OAY-1155) | 10/12/2022 | 0900-2100 | 0900-2100 | 12:00 |
|---|---|---|---|---|
| Abdul-Zaboor Talib (OAY-1155) | 10/13/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/14/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/15/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/16/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/17/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/18/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/19/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/20/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/21/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/22/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/23/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/24/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/25/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/26/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/27/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/28/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/29/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/30/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 10/31/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/1/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/2/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/3/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/4/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/5/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/6/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/7/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/8/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/9/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/10/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/11/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/12/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/13/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/14/2022 | 0900-2100 | 0900-2100 | 12:00 |

EXHIBIT 1

| | | | | |
|---|---|---|---|---|
| Abdul-Zaboor Talib (OAY-1155) | 11/15/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/16/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/17/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/18/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/19/2022 | 0900-2100 | 0900-2100 | 12:00 |
| Abdul-Zaboor Talib (OAY-1155) | 11/20/2022 | 0900-2100 | 0900-2100 | 12:00 |

# <u>EXHIBIT 2</u>

EXHIBIT 2

## Neighbors Quality Homecare LLC

|  | Full Name | Back-Wages |
|---|---|---|
| 1 | Abdul-Zaboor, Talib | $7,124.00 |
| 2 | Billups, Temia | $1,859.00 |
| 3 | Brown, Nafis | $468.00 |
| 4 | Burton, Tyree | $2,912.00 |
| 5 | Carolina, Armani | $1,078.00 |
| 6 | Clark, Melinda | $11,426.00 |
| 7 | Daniels, Aestair | $462.00 |
| 8 | Dantzler, Tanya | $3,366.00 |
| 9 | Fullen, Ketera | $1,742.00 |
| 10 | Glover, Wanda | $2,106.00 |
| 11 | Graham, Maria | $2,671.50 |
| 12 | Hicks, Wendell | $312.00 |
| 13 | Howard, Enijah | $386.88 |
| 14 | Ingram, Tahir | $31.88 |
| 15 | Johns, Terrell | $214.00 |
| 16 | Mancuso, Everly | $1,594.81 |
| 17 | Martung, Michele | $72.77 |
| 18 | Mashore, D'Juan | $5,941.00 |
| 19 | Murray, Emmanuel | $3,557.00 |
| 20 | Perry, Bernadette | $9,607.00 |
| 21 | Pollard, Naishe | $605.00 |
| 22 | Reed, Joshua | $273.00 |
| 23 | Reed, Tiffany | $46.20 |
| 24 | Rosario, Richard | $341.00 |
| 25 | Saunders, Donna | $974.75 |
| 26 | Scott, Tanisha | $759.00 |
| 27 | Seabrook, Tacora | $369.60 |
| 28 | Sechrist, Kelly | $404.14 |
| 29 | Stayman, Stacey | $96.00 |
| 30 | Stukes, Tamara | $1,300.00 |
| 31 | Summers, Kaija | $1,564.00 |

EXHIBIT 2

**Neighbors Quality Homecare LLC**
**Exhibit 2**

|  | Full Name | Back-Wages |
|---|---|---|
| 32 | Sy, Khady | $9,780.00 |
| 33 | Trotter, Joseph | $7,020.00 |
| 34 | Warren, Iris | $1,170.00 |
| 35 | Weathers, Chanta | $242.00 |
| 36 | White, Artisher | $273.00 |
|  |  | **$82,149.53** |