IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JULIE SU, Acting Secretary of Labor,** | : | CIVIL ACTION |
| **United States Department of Labor** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **NEIGHBORS QUALITY HOME CARE,** | : | |
| **LLC and MS. MELISSA GRAYSON** | : | NO. 23-1096 |

## ORDER

**NOW**, this 27th day of September, 2023, upon consideration of plaintiff's Motion for Default Judgment (Doc. No. 8) and after a hearing, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT IS ENTERED** in favor of plaintiff Julie Su and against defendants Neighbors Quality Home Care, LLC and Ms. Melissa Grayson in the amount of $164,299.06.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.